UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENEN VIDALS ESCAMILLA,

                Plaintiff,

– against –

B & V REFRIGERATION INC. *and*
VICTOR M. MACIAS,

                Defendants.

**ORDER**

24-cv-01033 (ER)

RAMOS, D.J.:

      On February 12, 2024, Senen Vidals Escamilla filed a Complaint against B&V Refrigeration Inc. and Victor M Macias alleging unpaid wages, unpaid overtime wages, liquidated damages, and reasonable attorneys' fees and costs under the Fair Labor Standards Act. Doc. 1. Macias was served on February 26. 2024 and B&V Refrigeration Inc. was served on March 12, 2024. Defendants' answers were due on March 18, 2024 and April 2, 2024, respectively. Neither Defendant filed an answer. On November 18 and 19, 2024, Escamilla filed a proposed certificate of default, Doc. 8, and an attorney affirmation in support of the certificate, Doc. 11. The Clerk of the Court notified Escamilla that the documents were incorrectly filed and advised him to re-file both documents. There has been no subsequent activity in the case.

      Escamilla is directed to submit a status letter by October 14, 2025. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

2

Dated: October 6, 2025
       New York, New York

_____
EDGARDO RAMOS, U.S.D.J.