UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENEN VIDALS ESCAMILLA,

                    Plaintiff,

        – against –

B&V REFRIGERATION INC. *and* VICTOR M
MACIAS,

                    Defendants.

**ORDER**

24-cv-01033 (ER)

Ramos, D.J.:

On October 6, 2025, the Court directed Senen Vidals Escamilla to file a status report by October 14, 2025. Doc. 12. No status report has been submitted as of the date of this Order.

Escamilla is therefore instructed to submit a status report to advise the Court whether he intends to pursue this action by no later than **April 17, 2026**. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:    April 10, 2026
          New York, New York

_____
          EDGARDO RAMOS, U.S.D.J.